LEBOLT & COMPANY, INC., Appellant, v. ELIZABETH COYNE MALONEY, as Executrix, etc., of PETER J. MALONEY, SR., Deceased, Respondent.— Judgment

unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.